### E. & J. GREENWOOD v. J. A. WATTS.

(No. 1112, Op. Book No. 3, p. 442.)

APPEAL from Karnes County.    Opinion by WHITE, J.

§ 114. *Discontinuance.* If a plaintiff does not insist upon service of citation upon one of several defendants in the court below, but proceeds to trial against the other defendants, it will be considered as a discontinuance of the suit as to the defendant not served. [Houston v. Ward, 8 Tex. 124; Burton v. Varnell, 5 Tex. 139.]

§ 115. *Where there is no statement of facts.* In the absence of a statement of facts in the record, the appellate court will presume that whatever facts are necessary to support the judgment of the court below were proved on the trial.

§ 116. *Jurisdiction; county court has none to remove cloud from title to land.* The county court has no jurisdiction of a suit to remove cloud from title to land.

February 2, 1881.    Affirmed.